PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGON RASHIDI BALANJ, ET AL., | CASE NO. 1:23-CV-00408-ADA-SKO |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME AND CONTINUING SCHEDULING CONFERENCE |
| v. | |
| ANTONY J. BLINKEN, | (Doc. 6) |
| Defendant. | |

The Defendant respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  This case concerns the visa application of Plaintiff Sona Noroozi ASL, which was refused for administrative processing following a November 2022, consular interview.  The administrative processing has now been resolved.  The parties anticipate that the consular official will be able to complete the adjudication of the visa application in this case shortly, following the receipt of requested documents from the beneficiary, which is expected to render this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 22, 2023.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently scheduled for July 20, 2023, be vacated and reset.

Respectfully submitted,

Dated: May 19, 2023                                    PHILLIP A. TALBERT
                                                       United States Attorney

                                              By:  /s/ ELLIOT C. WONG
                                                   ELLIOT C. WONG
                                                   Assistant United States Attorney


                                                   /s/ CURTIS LEE MORRISON
                                                   CURTIS LEE MORRISON
                                                   Counsel for Plaintiff

ORDER

Pursuant to the foregoing stipulation (Doc. 16), and for good cause shown, IT IS HEREBY ORDERED that Defendants shall have an extension of time until **June 22, 2023**, to file an answer or other responsive pleading.

IT IS FURTHER ORDERED that the Scheduling Conference, currently set for July 20, 2023, is CONTINUED to **September 19, 2023, at 9:30 AM** before Magistrate Judge Sheila K. Oberto. A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e−mailed, in Word format, to skoorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **May 22, 2023**                        /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2